UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RSA SECURITY LLC,<br>    Plaintiff<br><br>V.<br><br>ZIONS MANAGEMENT SERVICES COMPANY, AMEGY BANK, N.A., ZIONS FIRST NATIONAL BANK, and ZIONS BANCORPORATION,<br>    Defendants | CASE NO. 12-CV-11975-TSH |

## MOTION TO FILE UNDER SEAL

The plaintiff, RSA Security LLC, moves for leave of Court to file under seal it's Memorandum in Support of Emergency Motion for a Preliminary Injunction along with a supporting Affidavit. Information contained in the Memorandum and Affidavit is confidential pursuant to a contractual provision in the License Agreement that is the subject of this case and pursuant to a protective order stipulated by all parties to an arbitration pending in California. Therefore, RSA Security respectfully requests that the Court allow it to file under seal.

2

RSA SECURITY LLC

By its attorneys,

/s/ John T. McInnes
John O. Mirick, Esq.  BBO #349240
John T. McInnes, Esq.  BBO # 657488
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: October 26, 2012

## CERTIFICATE OF SERVICE

I, John T. McInnes, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 26, 2012.

/s/ John T. McInnes
John T. McInnes, Esq.