UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RSA SECURITY LLC,<br>　　　Plaintiff<br><br>V.<br><br>ZIONS MANAGEMENT SERVICES COMPANY, AMEGY BANK, N.A., ZIONS FIRST NATIONAL BANK, and ZIONS BANCORPORATION,<br>　　　Defendants | CASE NO. 12-CV-11975-TSH |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The plaintiff, RSA Security LLC and the defendants, Zions Management Services Company, Amegy Bank, N.A., Zions First National Bank, and Zions Bankcorporation, stipulate that this case shall be dismissed with prejudice, each party bearing their own costs, and waiving all rights of appeal.

| RSA SECURITY LLC | ZIONS MANAGEMENT SERVICES COMPANY, AMEGY BANK, N.A., ZIONS FIRST NATIONAL BANK, and ZIONS BANCORPORATION |
|---|---|
| By its attorneys, | By its attorneys, |
| _____/s/ John T. McInnes_____<br>John O. Mirick, Esq.  BBO #349240<br>John T. McInnes, Esq. BBO # 657488<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:    (508) 791-8502 | /s/ Stephen D. Riden<br>Stephen D. Riden, Esq.  BBO#644451<br>Beck Reed Riden LLP<br>155 Federal Street, Suite 1302<br>Boston, MA 02110<br>Phone:  (617) 500-8660<br>Fax:     (617) 500-8665 |

Dated: November 29, 2012

{Practice Areas/LIT/22246/00004/A2153691.DOC }

## CERTIFICATE OF SERVICE

      I, John T. McInnes, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 29, 2012.

                                                      /s/ John T. McInnes
                                                      John T. McInnes, Esq.